**Margaret D. NELSON, Plaintiff–Appellant,**

v.

**MASSACHUSETTS GENERAL HOSPITAL, a Massachusetts corporation, Massachusetts General Physical Organizations, Inc., and Partners Healthcare System, Inc., Defendants–Appellants.**

**No. 07–4642–cv.**

United States Court of Appeals, Second Circuit.

Nov. 7, 2008.

Seth R. Lesser (Andrew P. Bell, on the brief), Locks Law Firm PLLC, New York, NY, for Appellant.

Albert S. Mishaan (Marc E. Kasowitz and Daniel R. Benson, on the brief), Kasowitz, Benson, Torres & Friedman LLP, New York, NY, for Appellee.

PRESENT: JOSÉ A. CABRANES, PETER W. HALL, Circuit Judges, and BRIAN M. COGAN, District Judge.[1]

**SUMMARY ORDER**

Plaintiff Margaret D. Nelson appeals a judgment of the District Court dismissing plaintiff's lawsuit without prejudice for lack of personal jurisdiction, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure. Plaintiff alleged several counts of wrongful death, medical malpractice, and fraud against defendants, related corporate entities that operate Massachusetts General Hospital in Boston, MA. We assume the parties' familiarity with the facts and procedural history of this case.

We review *de novo* a dismissal for lack of personal jurisdiction. *See, e.g., Best Van Lines, Inc. v. Walker,* 490 F.3d 239, 242 (2d Cir.2007). In this appeal, we have reviewed all of plaintiff's claims and affirm for substantially the same reasons stated in the District Court's comprehensive Memorandum Decision and Order of September 20, 2007. *See Nelson v. Mass. Gen. Hosp.,* No. 04–cv05382, 2007 U.S.

Dist. LEXIS 70455, 2007 WL 2781241 (S.D.N.Y. Sept. 20, 2007).